IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID E. SMITH, | ) FILED <br> ) APRIL 28, 2008      YM <br> ) <br> ) 08CV2413 <br> ) <br> ) JUDGE DOW <br> ) <br> ) MAGISTRATE JUDGE COX <br> )     CIVIL ACTION NO.: <br> ) <br> ) <br> )     JURY TRIAL DEMANDED <br> )     ON ALL COUNTS <br> ) <br> ) |
| Plaintiff, | |
| vs. | |
| PUBLISHERS CLEARING HOUSE LLC, | |
| Defendant. | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Publishers Clearing House LLC ("PCH"), through undersigned counsel, hereby removes the state court action entitled *David E. Smith. v. Publishers Clearing House*, Civil Action No. 2008L001657, filed in the Circuit Court of Cook County in the State of Illinois, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

## BACKGROUND

1. On or about February 13, 2008, Plaintiff filed this action against PCH by filing a complaint in the Circuit Court of Cook County, in the State of Illinois, bearing Number 2008L001657 (the "Complaint"). A copy of the Complaint is attached hereto as Exhibit 1.

2. In this action, Plaintiff alleges that he won the Publishers Clearing House Sweepstakes in July 1997, November 1997, September 1998, October 1998, and November 1998, but that PCH withheld his prize money. (See Complaint, attached hereto as Exhibit 1.) Plaintiff also alleges that PCH committed fraud in connection with letters

1

PCH mailed to Plaintiff on these dates. It appears that Plaintiff seeks prize money from these sweepstakes along with other money damages and/or attorney's fees.

3. Plaintiff mailed a copy of the Complaint and Summons to the return address listed on the mailings Plaintiff received from PCH. PCH has not been properly served.

4. Thus, because PCH was not properly served with the Complaint in this case more than 30 days prior to the date of this filing, this Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b).

5. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, because it is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest and is between citizens of different states.

I. **REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332 and 1441.**

   A. **Amount In Controversy**

6. It is apparent from the face of the Complaint that Plaintiff seeks recovery of an amount in excess of $75,000, exclusive of costs and interest. Plaintiff's Complaint seeks millions of dollars from PCH. The ad damnum listed on the Clerk of the Circuit Court of Cook County's docket sheet for this matter is $10,000,000.

7. Plaintiff's Complaint, which seeks millions of dollars from Defendant, establishes that the amount in controversy exceeds the $75,000 threshold. The federal court in removal actions determines the amount in controversy by reviewing plaintiff's state court complaint, along with the record as a whole. Shaw v. Dow Brands, Inc., 994 F.2d 364, 366 (7th Cir. 1993). See also Herremans v. Carrera Designs, Inc., 157

2

F.3d 1118, 1121 (7th Cir. 1998)("The test for whether a case satisfies the amount in controversy requirement is whether the complaint makes a good-faith claim for the amount, not whether the plaintiff is actually entitled to such an amount."); NLFC, Inc. v. Devcom Mid-America, Inc., 45 F.3d 231, 237 (7th Cir. 1995)("Generally, the amount in controversy claimed by plaintiff in good faith will be determinative on issue of jurisdictional amount, unless it appears to legal certainty that claim is for less than that required by rule."); National Union Fire Ins. Co. of Pittsburgh, Pa. v. Wilkins-Lowe & Co., Inc., 29 F.3d 337, 339 (7th Cir. 1994) ("The sum claimed by the plaintiff, of course, controls the determination of jurisdictional amount if the claim is apparently made in good faith."); 16 Moore's Federal Practice § 107.14[2][g][iv] (Matthew Bender 3d ed.) (In the removal context, defendant's burden of proving that the amount in controversy requirement is satisfied if the plaintiff claims a sum greater than the jurisdictional requirement.); Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992); citing St. Paul Indem. Co. v. Red Cab Co., 303 U.S. 283, 288-289 (1938)(In removal cases, the burden of proving amount in controversy is satisfied if plaintiff claims a sum greater than the jurisdictional requirements).

    **B.**  **Complete Diversity of Citizenship**

    8.  There is complete diversity between Plaintiff, on the one hand, and PCH on the other hand.

    9.  PCH is an New York limited liability company whose membership is comprised of 14 trusts located in New York and Florida; two individuals who are citizens of New York and Florida respectively; and two corporations, one of which is a New York corporation with principal place of business in New York and one of which is

a Delaware corporation whose principal place of business is in New York. None of the members are citizens of the state of Illinois for purposes of determining diversity. See Wise v. Wachovia Secs., LLC, 450 F.3d 265, 267 (7th Cir. 2006)(The citizenship of LLC is determined by citizenship of its members.); Hicklin Eng,g, L.C. v. Bartell, 439 F.3d 346, 348 (7th Cir. 2006)(The citizenship of a trust is that of the trustee.); Sadat v. Mertes, 615 F.2d 1176, 1180 (7th Cir. 1980)(To be a citizen of a state within the meaning of the diversity statue, a natural person must be both a citizen of the United States and domiciled within that state.); 28 U.S.C. § 1332(c)(1)("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business…").

   10. Upon information and belief, Plaintiff is a citizen of Illinois.

## II. PUBLISHERS CLEARING HOUSE LLC HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

   11. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). PCH was not served with the Complaint in this case more than 30 days prior to the date of this filing. In fact, PCH has not yet been properly served. Accordingly, this Notice of Removal is being timely filed pursuant to 28 U.S.C. § 1446(b). See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-348 (1999)("[W]e hold that a named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, "through service or otherwise," after and apart from service of the summons, **but not by mere receipt of the complaint unattended by any formal service**"(emphasis added)).

   12. The United States District Court for the Northern District of Illinois embraces the county in which the state court action is now pending. Therefore,

this action is properly removed to the Northern District of Illinois pursuant to 28 U.S.C. §§ 93(a) and 1441(a).

13.     Pursuant to 28 U.S.C. § 1446(d), PCH is filing written notice of this removal and a copy of the Notice of Removal with the clerk of the state court in which this action is currently pending and will serve a copy of this notice on all parties to the removed action.

WHEREFORE, Publishers Clearing House LLC respectfully removes this action from the Circuit Court of Cook County, in the State of Illinois, bearing No. 2008L001657, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: April 28, 2008

Respectfully submitted,

BRYAN CAVE LLP

By: _/s/ M. Angela Buenaventura__

Steven R. Smith
M. Angela Buenaventura
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois  60601
Telephone:  (312) 345-5000
Facsimile:  (312) 602-5050
Firm I.D.:  40886

*Attorneys for Publishers Clearing House LLC*

## **CERTIFICATE OF SERVICE**

I, M. Angela Buenaventura, an attorney, hereby certify that on this 28th day of April, 2008, a copy of the foregoing was mailed, first-class, postage prepaid to the following pro se plaintiff in this matter:

David E. Smith
6546 S. Stewart Ave.
Chicago, IL 60621-3140

By: _/s/ M. Angela Buenaventura__

M. Angela Buenaventura

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | CCG N001-75M-2/28/05 (43480658) |
| **SUMMONS** | **ALIAS - SUMMONS** | |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

_David E Smith_

v.

_Publishers Clearing House_

2008L001657
CALENDAR/ROOM V
TIME 00:00
Fraud

No. _071_

_101 Winners Circle_
_Port Washington New York_
_11050_

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

- ☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

- ☐ District 2 - Skokie
  5600 Old Orchard Rd.
  Skokie, IL 60077

- ☐ District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- ☐ District 4 - Maywood
  1500 Maybrook Ave.
  Maywood, IL 60153

- ☐ District 5 - Bridgeview
  10220 S. 76th Ave.
  Bridgeview, IL 60455

- ☒ District 6 - Markham
  16501 S. Kedzie Pkwy.
  Markham, IL 60426

- ☐ Child Support
  28 North Clark St., Room 200
  Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

FEB 13 2008

Atty. No.: _____
Name: _David E Smith Personally_
Atty. for: _Acting on my behalf_
Address: _6546 So. Stewart ave_
City/State/Zip: _Chgo, Ill, 60621_
Telephone: _773-488-3829_

WITNESS, _[signature]_
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

ORIGINAL - COURT FILE

**EXHIBIT 1**

2008L001657
CALENDAR/ROOM V

PLAINTIFF's STATEMENT OF COMPLAINT FRAUD
Fraud

Defendant (s) Ignored chance to settle fraudulently acts of prepaganda loop holes that continues to hinder payment of monies won by plaintiff,

Plaintiff file Case No.2007 CONSC-00198708 no avail.

   As defendant (s) reject our godly conduct to solve matters
   it's necessary to help our cause by appealing to governments
   and ,Plaintiff request & pray that THE CIRCUIT COURT COOK
   COUNTY ILLINOIS Take jusisdiction over Case No.07

Now comes Plaintiff pearsonally negatiating my claim,from 1997 until 2008 defendant (s) have sent out many prize checks all over this country for millions of dollars; However plaintiff for the same time peoriod hasn't received one award check from defendant (s) allthough plaintiff is winner of five month or date for the five July 1997,November 21,1997 (awards) Sepember 1998,about October 14,1998,November 16,1998 1.$3-5 million dollars, 2.$10-million dollars 3. $5-million dollars , 4.$5,376.600.00 , 5.$13,614.543.00.,I am holding two winning numbers that match defendant ' (s) winning numbers,i am not sure about the other three winning numbers,numbers that I have is for $3-5million dollars , $10,-million dollars all letters including one dated  January 16,2008 letters are falsefied with words like should you be the winner)  documents may fraud organization propaganda as provided your entry (be ) reach our office on time.,However no letter or document from 1997 until today 2-7-08 denied the fact that Plaintiff did win April 13,1998  giveaway No.525 for $3-5 million dollars and on or about November 21,1997  Plaintiff was reality winner of giveaway No.375 for $10,-million dollars cash.

Plaintiff Hereby request the court to Defentant (s)  to send certified to my home at
(order)
6546 South Stewart Avenue Chicago,Illinois 60621-3140 or as the court seefit ,pay court cost attorney fee if any.

Respectively submitted
   By
DAVID E SMITH 773-488-3829

*David E Smith*

Subscribed and sworn to before me
this 13th day of Feb 2008
at Chicago, County of Cook State of Illinois.

Notary Public

"OFFICIAL SEAL"
Yolanda Booker
Notary Public, State of Illinois
Commission Expires 3/29/2011



C4316Wa

**PUBLISHERS CLEARING HOUSE** | **COMPUTER AUDIT FORM**

| Giveaway No.: | Prize to be awarded: |
|---|---|
| 525 | $3,500,000.00 CASH AT ONCE |

FOR JULY '97 ENTRY

Contender Status:
1ST PLACE CONTENDER RIGHTS EXTENDED

Contender's Name & Address:

***** 5-DIGIT 60621
393 19
DAVID E SMITH
6546 S STEWART AV
CHICAGO IL 60621-3140

Prize No.:
79 3028 2140

Verified By:
D.a.

Award Date:
OCTOBER 15, 1998

Award Time:
7:00 PM

**ALERT! PRIZE CLEARANCE VERIFIED.**

FOR INFORMATION SERVICES USE ONLY

Do not write in this space

REPORT COPY – KEEP FOR YOUR RECORDS.

FILED
08 FEB -3 PM 4:35
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

# OFFICIAL RULES

All entries received from this Bulletin by April 3, 1998 will be eligible for all Giveaways listed below. You may receive multiple entry opportunities in our ongoing Giveaways.

**Why you were selected to receive this Bulletin.** Since we can't mail to everybody, we set up certain qualifications as to what groups we will send Bulletins to and when. (All customers and friends with at least one merchandise order per year or one magazine order in the last 3 months or who write to us requesting admission gain annual membership in our President's Gold Club.) Within each category we then select specific people based on the interest they've shown in receiving our mail. Thousands are eliminated when we go through this process because they do not meet the standards. But you did! That's why you're receiving the enclosed documents that could make you a millionaire!

**How you could be selected a winner.** You could win our $10 Million, $3.5 Million or $1 Million SuperPrizes® (Giveaway Nos. 555, 525 and 450) if you have the matching winning number and return it by the deadline. We'll take a special early look for the winning number for the $3.5 Million SuperPrize® (Giveaway No. 525) right after the entry deadline and announce the winner on April 15, 1998 should the number come in from this Bulletin. If the winning number for any matching number Giveaway is not returned by the applicable deadline, we will award the base $1 Million prize to an alternate winner in a second chance random drawing among all eligible entrants. In the unlikely event a winning number is duplicated, there will be a random drawing among such duplicated numbers to determine the winner. The winner of the 1998 Ford Expedition or $45 Thousand cash (Giveaway No. 505) will be selected in a random drawing from among all eligible entries at Giveaway end. The winners of Giveaway No. 597 will be selected in random drawings from among all eligible entries at Giveaway end. Odds of winning depend on the number of entries received.

### GIVEAWAYS PROMOTED IN THIS BULLETIN

| PRIZE | GIVEAWAY NUMBER | ENDING DATE | WINNER SELECTED BY: |
|---|---|---|---|
| $ 10 Million | 555 | 1/31/99 | Winning Number |
| $ 3.5 Million | 525 | 7/31/99 | Winning Number |
| $ 1 Million | 450 | 7/31/99 | Winning Number |
| $ 45 Thousand | 505 | 4/22/98 | Random Drawing |
| $ 8,660.00 | 597 | 4/22/98 | Random Drawing |

(2 @ $3,500.00, 3 @ $350.00, 16 @ $35.00)
*Prize may be awarded earlier at our option.

**How our prizes pay out.** Win $10,000,000.00 and you will receive $500,000.00 the first year, $250,000.00 a year thereafter, and $2,500,000.00 in the 30th year. Win $3,500,000.00 and you will receive one lump sum payment. Win $1,000,000.00 and you will receive $50,000.00 the first year, then $25,000.00 a year thereafter, plus a final payment of $250,000.00 in the 30th year. Present value of Giveaway Nos. 555, 525 and 450 will vary depending on interest rates and market conditions at the time of the award. All other prizes will be paid in full by check at time of award.

**How to enter our Giveaways.** Simply follow the instructions in this Bulletin and mail your entry by the deadline to be eligible. You may write in as often as you like to enter our current, ongoing Sweepstakes. Just mail each request separately. We do not accept entries from a third party nor entries sent in bulk. We are not responsible for lost, delayed or misdirected mail.

Our Prize Patrol will notify winners of prizes of $10,000.00 or more in person. We'll contact winners of prizes under $10,000.00 by mail. The entrant named on the winning entry form will be considered the winner. We must locate any winner and have him or her execute an Affidavit of Eligibility within 30 days or we will select an alternate winner. Acceptance of prize, unless otherwise noted, constitutes permission to use winner's name and photograph in television commercials and for other promotional purposes.

**Giveaway Supervisors' decisions are final.** Taxes are the winner's responsibility. Sweepstakes is open to residents of the U.S., the U.K., and Canada. Principals and employees of Publishers Clearing House, its affiliates, contest processors, their immediate families and Giveaway Supervisors are not eligible. All federal, state and local laws apply.

To receive future Sweepstakes opportunities, or to obtain our most recent list of winners, just write to us at the address below and let us know.

**ALL PRIZES GUARANTEED TO BE AWARDED
NO PURCHASE NECESSARY TO WIN**



**PUBLISHERS CLEARING HOUSE**
101 WINNERS CIRCLE • PORT WASHINGTON, NEW YORK 11050

# PUBLISHERS CLEARING HOUSE — COMPUTER AUDIT FORM

| Giveaway No.: | Prize to be awarded: | | FOR SEPTEMBER '98 ENTRY |
|---|---|---|---|
| 525 | $5,000,000.00 | | |

**Contender Status:**
1ST PLACE CONTENDER RIGHTS EXTENDED

**Contender's Name & Address:**

***** 5-DIGIT 60621
423 17
David E Smith
6546 S Stewart Av
Chicago IL 60621-3140

**Prize No.:**
47 4892 4049

**Verified By:** D.Q.

**Award Date:** DECEMBER 15, 1998

**Award Time:** 7:00 PM

CL0121295-329000121317

**ALERT! PRIZE CLEARANCE VERIFIED.**

FOR INFORMATION SERVICES USE ONLY

Do not write in this space

REPORT COPY – KEEP FOR YOUR RECORDS.

FILED
08 FEB -3 PM 4:34
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

# PUBLISHERS CLEARING HOUSE

# $3,500,000.00 PRIZE PAYMENT METHOD REQUEST

*Please return this form by 4/13 so I can get things started if you have the winning number. Also, please consider ordering something this time. We've got some really great deals and I know the Prize Patrol would feel a lot better giving the prize to a customer.*

*Dan*

Official Entry For:  David E. Smith

SuperPrize:  $3,500,000.00 for Giveaway No. 525

SuperPrize Number:  5570 4829 5210

David E. Smith, please check below which method of prize payment you would prefer should you win $3,500,000.00 when we take an early look at your entry and SuperPrize Number on April 15:

[✓] Certified Check      [ ] Wire Transfer to your bank

At this time, you may request up to 4 items and receive 14-Day Free Inspection Privileges although no purchase is necessary to win any prize. All orders also receive Express Order Processing.

Please sign below. Thank you.

Sign here:  *David E. Smith*        3-18-98  Return
            David E. Smith

[FILED 08 FEB -3 PM 4:34  DOROTHY BROWN CLERK OF CIRCUIT COURT LAW DIVISION]

| PLACE 1ST ORDER STAMP HERE | PLACE 2ND ORDER STAMP HERE | PLACE 3RD ORDER STAMP HERE | PLACE 4TH ORDER STAMP HERE |

---

**OFFICE USE ONLY:**                                       K0032  10059Fc  98-35

PAYMENT         ORDER
C [ ]  W [ ]    0 [ ]  1 [ ]  2 [ ]  3 [ ]  4 [ ]

                                                           I.D. NUMBER

04       DAVID E. SMITH                                    66 1085 2651
         6546 S STEWART AV
         CHICAGO, IL 60621

                                                Date: ___/___/___

# Farmers State Bank

**GUARANTEED CASH WINNER**

**Transferring Account:**
Publishers Clearing House

**Accounts Generating Funds:**
PCH Giveaways No. 525 & No. 599

**Amount of Funds Being Transferred:**
$5,376,600.00
(See information below)

**Name & Address of Individual Eligible to Receive Funds:**
```
****  ECRLOT  **  C045
          546                   4
DAVID E SMITH
6546 S STEWART AV
CHICAGO IL   60621-3140
```

**Contest Status:**
Guaranteed Cash Winner

**Special Notes and Information:**

As an official financial agent for Publishers Clearing House, Farmers State Bank has been informed that you, David E. Smith, have been selected for a guaranteed Sweepstakes cash prize.

Accordingly, this bank has begun the process of preparing to withdraw prize monies from the Publishers Clearing House account so we can transfer a cash prize to you.

PLEASE NOTE: To claim your cash award, you must complete and return the Contest Documents that will arrive under separate cover. This Bulletin will be delivered to 6546 S Stewart Av within the week. I urge you to respond to it immediately.

Failure to act on these documents will cancel this planned cash transfer. Obviously, it would be well within your interest to be aware that your Contest Documents are coming soon. Thank you for your attention, and good luck.

*Clark Vollan*
Clark Vollan
Executive Vice President
Farmers State Bank

FILED
08 FEB -3 PM 4:34
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION



PUBLISHERS CLEARING HOUSE
101 WINNERS CIRCLE • PORT WASHINGTON, NEW YORK 11050

**YOUR RECORDS**

## David E Smith's PCH Prize Shareholder Report

| Address: | SuperPrize® Numbers: | Date Prepared: |
|---|---|---|
| 6546 S STEWART AV<br>CHICAGO IL 60621 | 48 4187 3387 11<br>43 4135 0035 21 | November 16, 1998 |

### Current Status

D. Smith, you have achieved Gold Club Status and are a potential PCH Prize Shareholder. An entry now registers your claim to collect your share of prizes from this Bulletin, including:

$10,000,000.00 SuperPrize Payout
$3,500,000.00 SuperPrize Payout (to begin 48 hours after we process the Winning Entry)
$100,000.00
$10,000.00
$4,543.00

*GOLD CLUB STATUS*

### Total Prize Eligibility:

$13,614,543.00

### How To Claim Your Share:

In order to register a claim for your share of the major prizes in this Bulletin, David E. Smith, you must complete, sign and mail your Prize Shareholder Claim Certificate to arrive by November 16, 1998.

### Special Prize Payout Instructions:

As a potential PCH Prize Shareholder, David E. Smith, it is your right to declare how you would like to collect your share of the major prize payouts should you be our winner. You have the option of receiving your payouts in one of two ways. Please tell us which method of payment you prefer by affixing one of the Prize Payout labels below to the enclosed Prize Shareholder Claim Certificate before mailing.

> THE UNDERSIGNED HEREBY ATTESTS AND VERIFIES, AS CONTEST DIRECTOR,
> THAT ALL STATEMENTS IN THIS PCH PRIZE SHAREHOLDER REPORT ARE CORRECT.
>
> *Dorothy Addeo*
> Dorothy Addeo, Contest Director

▲ Tear off here and retain top portion for your records. ▲

IMPORTANT: Please declare your prize payout option by affixing one of the labels at right or at left to the enclosed Prize Shareholder Claim Certificate before mailing.

**PRIZE PAYOUT OPTION #1**
...vid E. Smith, declare to collect... share of major prize payouts in ...form of ELECTRONIC FUNDS TRANSFER (EFT)

**PRIZE PAYOUT OPTION #2**
I, David E. Smith, declare to collect my share of major prize payouts in the form of CASHIER'S CHECK

# PUBLISHERS CLEARING HOUSE
# MILLIONAIRES AND MULTIMILLIONAIRES

(D)

### GIVEAWAY No. 450
### FATHER MIKE BERNER, EARLING, IA
August, 1998 Winner - $1,000,000.00

**GIVEAWAY NO. 375**
K.J. Mocalister, Edmonton, AB
January, 1998 Winner - $10,000,000.00

**GIVEAWAY NO. 265**
Raulton B. Thomas, Lutz, FL
July, 1997 Winner - $1,000,000.00

**GIVEAWAY NO. 270**
Beata Sankiewicz, Sudbury, ON
January, 1997 Winner - $10,000,000.00

**GIVEAWAY NO. 245**
Martha McMillen, Louisiana, MO
July, 1996 Winner - $1,000,000.00

**GIVEAWAY NO. 230**
Patricia DiNardo, Worthington, PA
January, 1996 Winner - $10,000,000.00

**GIVEAWAY NO. 201**
Mildred Hyde, Chatham, NJ
July, 1995 Winner - $1,000,000.00

**GIVEAWAY NO. 200**
Maryann Brandt, Phoenix, AZ
January, 1995 Winner - $10,000,000.00

**GIVEAWAY NO. 192**
Joyce Griffey, Conneaut, OH
August 1994 Winner - $1,000,000.00

**GIVEAWAY NO. 135**
Alfred Slivnik, St. Cloud, MN
January 1994 Winner - $10,000,000.00

**GIVEAWAY NO. 163**
Joseph LaVita Jr., Walpole, MA
July 1993 Winner - $1,000,000.00

**GIVEAWAY NO. 180**
Diane Malcolm, Waterford, MI
April 1993 Winner - $1,000,000.00

**GIVEAWAY NO. 110**
Pamela Berton, Dickinson, TX
January 1993 Winner - $10,000,000.00

**GIVEAWAY NO. 110**
George Hardie, Whitsett, NC
October 1992 Winner - $1,000,000.00

**GIVEAWAY NO. 110**
Glenna Sue King, Childress, TX
March 1993 Winner - $1,000,000.00

**GIVEAWAY NO. 110**
Bill Perkins, Sun City Center, FL
October 1991 Winner - $1,000,000.00

**GIVEAWAY NO. 87**
David Knobs, Miami, FL
January 1991 Winner - $10,000,000.00

**GIVEAWAY NO. 110**
John Cotter, Fort Worth, TX
October 1990 Winner - $1,000,000.00

**GIVEAWAY NO. 110**
Mary Peterson, Salt Lake City, UT
July 1990 Winner - $1,000,000.00

**GIVEAWAY NO. 110**
Katherine Jackson, Dallas, TX
May 1990 Winner - $1,000,000.00

**GIVEAWAY NO. 74**
Leroy Scarbrough, Bessemer, AL
March 1990 Winner - $1,000,000.00

**GIVEAWAY NO. 75**
Artis Eldridge, Mojave, CA
August 1989 Winner - $1,000,000.00

**GIVEAWAY NO. 56**
Robert Castleberry, Denton, TX
March 1989 Winner - $10,000,000.00

**GIVEAWAY NO. 65**
John Yancy, Austin TX
August 1988 Winner - $1,000,000.00

**GIVEAWAY NO. 57**
Ann Bishop, Jeffersontown, KY
March 1988 Winner - $1,000,000.00

**GIVEAWAY NO. 53**
James MacPherson, Encinitas, CA
March 1987 Winner - $1,000,000.00

**GIVEAWAY NO. 50**
Barbara Armellino, Belleville, NJ
January 1987 Winner - $10,000,000.00

**GIVEAWAY NO. 44**
Pat Keys, Midland, PA
April 1986 Winner - $2,000,000.00

08 FEB -3 PM 4:34
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

**PUBLISHERS CLEARING HOUSE**
CUSTOMER SERVICE
101 WINNERS CIRCLE
PORT WASHINGTON, NEW YORK 11050

1-800-645-9242

January 16, 2008

FILED
08 FEB -3 PM 4:33
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

David E. Smith
6546S Stewart Av
Chicago, IL 60621

Dear David Smith:

Thank you for contacting Publishers Clearing House. We are pleased to have this opportunity to share important information with you regarding our sweepstakes.

Our mailings are opportunities for a chance to win, and provide clear information that the recipient has not yet won any prize, must enter by the deadline, and must be chosen to win. In order to win, an entry must be selected by random drawing or match the winning number selected. Please remember that while we receive entries from all across the land, only one individual can actually win each giveaway. All PCH prizes of $500 or greater are awarded by either certified mail or in person by our famous Prize Patrol. These awards are done as soon as all winning entries and prizes are matched.

While we have promoted our famous sweepstakes for over 40 years as a way to draw attention to our unbeatable magazine deals and value-based merchandise offerings, no purchase is ever necessary to enter or win. You may be interested to know that a majority of our major prize winners have not ordered with their winning entry. Of course, if you do choose to order, our guarantee policy allows you to return any product or cancel a magazine subscription if you are not happy with your order.

All promotional mailings from Publishers Clearing House carry a prominent "Sweepstakes Facts" insert that among other information states the prize value and odds of winning. The insert reminds all recipients that:

You Have Not Yet Won. All Entries Have The Same Chance Of Winning. The winner has not been identified. We don't know who the winner is. If you enter our Sweepstakes, your entry will have the same chance to win as every other entry.

Enter For Free. You don't have to buy anything to enter. Just

*From Our House to Your House*

mail the entry form included in this mailing or follow the instructions in the Official Rules.

Enter As Often As You Like. You don't have to wait for us to mail you an entry form. You may submit additional entries simply by writing to us at Publishers Clearing House, 101 Winners Circle Port Washington, NY 11050. Each time you write to us you will be entered once in each ongoing Sweepstakes. Each entry request must be mailed separately.

Buying Won't Help You Win. Your chances of winning without a purchase are the same as the chances of someone who buys something. It would not be lawful to give any advantage to buyers in a Sweepstakes.

At Publishers Clearing House your satisfaction is our number one priority. If we can be of further assistance, please contact us toll-free at 1-800-645-9242 or visit our website at www.pch.com.

                                        Cordially,

                                        Director, Customer Service

AMC UMB
civ

[Stamp: FILED 08 FEB -3 PM 4:33 DOROTHY BROWN CLERK OF CIRCUIT COURT LAW DIVISION]

**CLEARING HOUSE**
CUSTOMER SERVICE
101 WINNERS CIRCLE
PORT WASHINGTON, NEW YORK 11050

1-800-645-9242
www.pch.com

September 17, 1999

David E. Smith
6546 S. Stewart Av
Chicago, IL 60621

FILED-5
08 FEB -3 PM 4:33
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION

Order Number: 1026-5441-1805

Dear David Smith:

Thanks for contacting us. We are always glad to hear from our customers.

The winner verification process is not complete. Right now our Prize Patrol is eagerly awaiting the opportunity to call on our next big winner in person. If you are that lucky person, the Prize Patrol, headed by Dave Sayer, will use all their resources to locate you and present you with your prize.

At Publishers Clearing House your satisfaction is our number one priority. If we can be of further assistance in the future, please don't hesitate to contact us toll-free at 1-800-645-9242. Our lines are open Monday through Friday, 8:30 a.m. - 8:30 p.m. Eastern time.

Cordially,

*Anjie McGuire*
Anjie McGuire
Director, Customer Satisfaction

AMC PSL
rrm

*From Our House to Your House*