**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DAVID E. SMITH v. PUBLISHERS CLEARING HOUSE LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PUBLISHERS CLEARING HOUSE LLC

```
FILED
APRIL 28, 2008                    YM
08CV2413
JUDGE DOW
MAGISTRATE JUDGE COX
```

| NAME (Type or print) |
|---|
| M. ANGELA BUENAVENTURA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ M. ANGELA BUENAVENTURA |
| FIRM |
| BRYAN CAVE LLP |
| STREET ADDRESS |
| 161 N. CLARK STREET SUITE 4300 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 40886 | 312-602-5049 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐