**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DAVID E. SMITH v. PUBLISHERS CLEARING HOUSE LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PUBLISHERS CLEARING HOUSE LLC

```
FILED
APRIL 28, 2008                    YM
08CV2413
JUDGE DOW
MAGISTRATE JUDGE COX
```

| NAME (Type or print) |
|---|
| STEVEN R. SMITH |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ STEVEN R. SMITH |

| FIRM |
|---|
| BRYAN CAVE LLP |

| STREET ADDRESS |
|---|
| 161 N. CLARK STREET SUITE 4300 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 40886 | 312-602-5040 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐