IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DAVID E. SMITH,** )<br>)<br>　　**Plaintiff,** )<br>)<br>vs. )<br>)    **No. 08 C 2413**<br>**PUBLISHERS CLEARING HOUSE LLC,** )<br>)    **Judge Dow**<br>)    **Mag. Judge Cox**<br>)<br>　　**Defendant.** ) | |

**PUBLISHERS CLEARING HOUSE LLC'S**
**MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant Publishers Clearing House LLC ("PCH"), through the undersigned counsel, and moves for summary judgment as follows:

1. Plaintiff alleges that he won the Publishers Clearing House Sweepstakes in July 1997, November 1997, September 1998, October 1998, and November 1998, but that PCH has withheld his prize money. Plaintiff also vaguely alleges that PCH somehow committed fraud in connection with letters PCH mailed to Plaintiff on these dates. Plaintiff seeks money damages and attorney's fees.

2. PCH is entitled to judgment as a matter of law because the undisputed facts and settled law establish that PCH is not liable to Plaintiff on any of Plaintiff's claims.

3. A Memorandum of Law and Local Rule 56.1(a)(3) Statement of Undisputed Material Facts accompany this Motion and are fully incorporated herein.

WHEREFORE, for all of the foregoing reasons, Publishers Clearing House LLC respectfully requests that this Honorable Court:

      A.    Grant this Motion and award judgment as a matter of law in its favor on all of Plaintiffs' claims; and

      B.    Order such other and further relief as is just and necessary.

Dated:  May 5, 2008.                    Respectfully submitted,

                                          PUBLISHERS CLEARING HOUSE LLC

                                          By:    /s/ M. Angela Buenaventura
                                                      One of its Attorneys

Steven R. Smith
M. Angela Buenaventura
BRYAN CAVE LLP
161 North Clark Street
Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (telephone)
(312) 602-5050 (facsimile)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certify that on the 5th day of May, 2008, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system. The undersigned hereby certifies that on the same date a copy of the foregoing document was sent via prepaid overnight delivery to the following non-CM/ECF participant:

> David E. Smith
> 6546 S. Stewart Ave.
> Chicago, IL 60621

By: ____/s/ M. Angela Buenaventura_____
        M. Angela Buenaventura