IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DAVID E. SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) No. 08 C 2413 |
| **PUBLISHERS CLEARING HOUSE LLC,** | ) |
| | ) **Judge Dow** |
| | ) **Mag. Judge Cox** |
| | ) |
| **Defendant.** | ) |

## NOTICE OF MOTION

TO:   David E. Smith
      6546 S. Stewart Ave.
      Chicago, IL 60621

PLEASE TAKE NOTICE that on Tuesday, May 20, 2006, at 9:15 a.m., the undersigned attorney for defendant Publishers Clearing House LLC ("PCH") shall appear before the Honorable Robert M. Dow Jr., or any judge sitting in his stead in courtroom 1914, United States District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois 60604, and then and there present the attached PCH's Motion for Summary Judgment, , a copy of which is attached hereto.

1

Dated: May 5, 2008.                    Respectfully submitted,

                                        PUBLISHERS CLEARING HOUSE LLC

                                        By:     /s/ M. Angela Buenaventura
                                                       One of its Attorneys

Steven R. Smith
M. Angela Buenaventura
BRYAN CAVE LLP
161 North Clark Street
Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (telephone)
(312) 602-5050 (facsimile)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certify that on the 5th day of May, 2008, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system. The undersigned hereby certifies that on the same date a copy of the foregoing document was sent via prepaid overnight delivery to the following non-CM/ECF participant:

> David E. Smith
> 6546 S. Stewart Ave.
> Chicago, IL 60621

> By: ____/s/ M. Angela Buenaventura_____
> M. Angela Buenaventura