# Affidavit



BE IT ACKNOWLEDGED that David E,Smith citizen of the U.S. over 21 years of age.

OF MY OWN FREE WILL I make this instrument.          (address)6546 S.Stewart Ave 60621

(city)Chicago,Illinois          (state)County of          Cook          the undersigned

DEPONENT,being of legal age , does hereby depose and say under oath as follows:

TO WHOM IT MAY CONCERN:This is to state that according to defendant(s) documents

November 16,1998 plaintiff (s) prize total $13,614.543.00,However,defendant(s) PCH

DO AS THEY PLEASE jiant commercial wheeler-dealer of big business fraudulently took

PLAINTIFF (s) money gave to others,we forght for years for payment to no avail,but now

AFTER 10 YEARS I pray and request that U.S.and Circuit Court of Cook county Illinois

Will denie defendant (s) plot to move my case,they hope,to block payment,to me,is a TRICK.

I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this ___3RD___ day of ___May___, 20 _08_ .

_____
Signature of Witness

_____
Name of Witness

_____
Street Address of Witness

_____
City/State/Zip

_David E. Smith_
Signature of Deponent

_David E. Smith_
Name of Deponent

_6546 So. Stewart Ave_
Street Address of Deponent

_Chgo, Illinois 60621_
City/State/Zip

State of _____ )
County of _____ )

On May 3rd, 2008 before me, Sabrina R. Bays _____, personally appeared
David E. Smith _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Sabrina L Bays_

Affiant  ☒ Known  ☐ Unknown
ID Produced _S530-1652-8110_
(Seal)

NOTARY PUBLIC
OFFICIAL
SEAL
STATE OF ILLINOIS
SABRINA R. BAYS
MY COMMISSION EXPIRES
SEPTEMBER 23, 2010

# F I L E D
May 7, 2008
MAY 07 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT