**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

David E. Smith
                                   Plaintiff,

v.                                                   Case No.: 1:08−cv−02413
                                                        Honorable Robert M. Dow Jr.

Publishers Clearing House LLC
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant's MOTION for summary judgment [6] is taken under advisement; Plaintiff's response due by 6/19/08 and Defendant's reply due by 7/3/08. Ruling on motion for summary judgment [6] will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.