*HHN*

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _DAVID E. Smith_
(Please print)

STREET ADDRESS: _6546 So. Stewart Avenue_

CITY/STATE/ZIP: _Chicago, Ollinois 60621._

PHONE NUMBER: _773-488-3829_

CASE NUMBER: _NO. 082413_
_08cv2413_

_David E Smith_  PRO SE     _5/28/08_
Signature                      Date

**F I L E D**
5-28-2008
MAY 28 2008 RC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT