*HHN*

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s)   *David E. Smith*

**FILED**
6-4-2008
JUN - 4 2008   Case Number: ~~08-2473~~   *08cv2413*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT   Judge: *Dow*

V.

Defendant(s)   *Publishers Clearing House*

### MOTION FOR APPOINTMENT OF COUNSEL

[**NOTE:** Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, *David E Smith* ,declare that I am the (check appropriate box)
    [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[**NOTE:** This item *must* be completed]:

    *I Was Represented By counsel Jedge Robert Gettleman*
    *attorney Catherine Bremer*

3.  In further support of my motion, I declare that (check appropriate box):
    [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):
    [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

    [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

    [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

*David E Smith*
Movant's Signature

*6546 So. Stewart Ave*
Street Address

*5/14/08*
Date

*Chgo, Ill, 60621*
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐