## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

David E. Smith
                    Plaintiff,

v.                                              Case No.: 1:08−cv−02413
                                                Honorable Robert M. Dow Jr.

Publishers Clearing House LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

MINUTE entry before the Honorable Robert M. Dow, Jr:The Court has before it pro se Plaintiffs motion for appointment of counsel [14], filed on June 2, 2008. The Court notes that Plaintiff has not attached to the motion an application for leave to proceed in forma pauperis,nor does the docket sheet reflect that any such application previously has been filed in this proceeding. Because the Court cannot evaluate the motion without a completed application for leave to proceed in forma pauperis (which provides information on Plaintiffs financial status), the motion for appointment of counsel is denied without prejudice. Plaintiff is given until June 24, 2008, in which to file an amended motion for appointment of counsel, along with an application for leave to proceed in forma pauperis in this proceeding. The briefing schedule on Defendants motion for summary judgment entered on May 20, 2008, is suspended until further order of the Court.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.