David E. Smith
6546 South Stewart Ave.
Chicago, IL 60621-3140

FILED

JUN 12 2008 YM
Jun 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1:08-cv-02413

MOTION before the Honorable Judge Robert M, Dow for pro se Plaintiff motion for appointment of counsel ( 14 ) filed on June 2, 2008, request leave for time counsel to prepare Case for Plaintiff.

Copy Sent To Bryan Cave LLP
Steven R, Smith
M. Angela Buenaventura
161 North Clark Street Chicago, Ill 60601

Sincerely
DAVID E, SMITH
¢?!@?)*