```
                                                            F I L E D

                                                            JUN 1 2 2008  YM

        IN THE UNITED STATES DISTRICT COURT                 MICHAEL W. DOBBINS
        FOR THE NORTHERN DISTRICT OF ILLINOIS            CLERK, U.S. DISTRICT COURT
                 EASTERN DIVISION
```

|  |  |  |
|---|---|---|
| DAVID E, SMITH | ) | COMPLAINT No. 8L.001657 |
|  | ) | CASE NO. 08 C 2413 |
| PLAINTIFF | ) |  |
|  | ) | HONORABLE JUDGE DOW |
| v | ) |  |
| PUBLISHERS CLEARING HOUSE | ) | ROOM 4306 |
|  | ) | STATUS HEARING 6/19/08  9:30 A.M. |
| defendant (s) | ) |  |

PLAINTIFF PRO Se

MEMORANDUM OF SUPPORT FOR PLAINTIFF's PRAYER TO DENIE P.C.H's ATTORNEYS MOTION

FOR SUMMARY JUDGMENT.AND PLAINTIFF REQUEST MOTION FOR JUDGMENT AGIANST P.C.H.FOR

MONIES WHICH PUBLISHERS CLEARING HOUSE OWN CONTEST MANAGER AND STAFF GAVE EVIDENCE

IN  WRITTING WHICH INDICATE THAT PLAINTIFF THAT ACCORDING TO P.C.H.'s four part test

SENT TO PLAINTIFF BY FIRST CLASS U.S. MAIL,AND PLAINTIFF PRESENT THIS COURT A COPY

OF A MEMO FROM DOROTHY,ADDEO RE: REQUEST FOR WINNER LOOK-UP BY INDEPENDENT AUDITORS

FOR ENTRY FROM GIVEAWAY No.525 HAS BEEN RECEIVED,AND THE WINNER OF $3,500,000.00 HAS

BEEN IDENTIFIED AS   WINNER OF $3;500,000.00
                        DAVID E, SMITH
                     6546 South Stewart Avenue
                     CHICAGO, ILLINOIS 60621

                    1       introduction

        PCH LAWYERS's SMF 1. THEY DEFENDANT (s) SAID,PLAINTIFF ALLEGES THAT HE

WON P.C.H.SWEEPSTAKES IN 1997; NOW ACCORDING TO WEBSTER's NEW STUDENTS

DICTIONARY  THE WORD  'ALLEGE MEAN TO SPEAK POSITIVELY BUT WITH-out

PROOF.  PLAINTIFF GIVE FACTS ,THEY LIED.SEE COPY OF DEFENDANT (s) OF

MOTION FOR SUMMARY JUDGMENT.
                    NEXT PAGE    (1)

DEFENDANT (s) SMF 2. I WILL TRY AN SET THE RECORD STRAIGHT,ON/or NOVEMBER 21,1997 PLAINTIFF DAVID E,SMITH WAS LISTED AS WINNER OF GIVEAWAY NO.375 FOR $10,000,000,00 THIS TIME PLAINTIFF's NAME WAS PRINTED ON A STATE CERTIFICATION OF WINNERS WHICH WAS SIGN BY DOROTHY,ADDEO CONTEST DIRECTOR AND WITNESS BY WHEREOF : ELEONRA, McCormick Secretary PCH PDG-Core.World Headquarters Port Washington N.Y. 11050.

PUBLISHERS CLEARING HOUSE
101 Winner Circle
Port Washington New,York 11050
the above is PCH's address world wide.

6/12/08

| DANIEL,DOYLE TREASURER | * | * | * | DOROTHY ADDEO |
| AND BOARD MEMBER | | | | AND BOARD MEMBER |
| 101 WINNER CIRCLE,PORT WASHINGTON NY 11050 | | | | contest administration manager |
| PUBLISHERS CLEARING HOUSE | | | | PUBLISHERS CLEARING HOUSE |

DATED APRIL 29,2008 CASE NO.082413 In The United States District Court of Illinois attys BEHINE PLAINTIFF's BACK MOVE PLAINTIFF's CASE No. 08-L-001657,WHICH WAS UNFAIR TO PLAINTIFF AND BRYAN CAVE LLP ,STEVEN R,SMITH , M.ANGELA BUENAVENTURA SAID PLAINTIFF ALSO VAGUELY ALLEGES ( both words vaguely,allege can confuse people in their  smf' 3. )PLAINTIFF DIDN'T USE VAGUELY/OR ALLEGE IN CONNECTION WITH PCH's SWEEPSTAKES FRAUD  OF PLAINTIFF,SO THEIR MEDDLING INTO PLAINTIFF's and PCH's BUSINESS,BOILS DOWN TO A DOUBLE LIE: I.HAVE VIEWED THEIR COMPLETE LAW_SUIT AGAINST PLAINTIFF,IS BASED ON CONFUSEION AND LIES THEIR LEGAL ARGUMENT ,LEGAL Standard. THEREFORE PLAINTIFF REQUEST THE COURT TO DENIE THEIR MOTION FOR FOR SUMMARY JUDGMENT,

AND GRANT PLAINTIFF 's MOTION FOR Appointment of ( 14 ) filed in COURT before the HONORABLE ROBERT M,DOW JUNE 2,2008

| MOTION FOR APPOINTMENT OF COUNSEL | COPY SENT BY U.S, MAIL TO ATTYS |
| AND LEAVE FOR COUNSEL TO PREPEARE | BRYAN CAVE,STEVEN R SMITH |
| PLAINTIFF 's case. | M. ANGELA Buenaventura |
| | 161 North Clark Street Suite 4300 |
| DAVID E,SMITH 6546 S,Stewart Ave Chgo,IL. | Chgo Ill 60601 |
| 60621 . | |

( 2 )



# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois -- CM/ECF LIVE, Ver 3.2.1
### Eastern Division

David E. Smith

                                  Plaintiff,

v.                                                          Case No.: 1:08-cv-02413
                                                        Honorable Robert M. Dow Jr.

Publishers Clearing House LLC

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr.:The Court has before it pro se Plaintiffs motion for appointment of counsel [14], filed on June 2, 2008. The Court notes that Plaintiff has not attached to the motion an application for leave to proceed in forma pauperis,nor does the docket sheet reflect that any such application previously has been filed in this proceeding. Because the Court cannot evaluate the motion without a completed application for leave to proceed in forma pauperis (which provides information on Plaintiffs financial status), the motion for appointment of counsel is denied without prejudice. Plaintiff is given until June 24, 2008, in which to file an amended motion for appointment of counsel, along with an application for leave to proceed in forma pauperis in this proceeding. The briefing schedule on Defendants motion for summary judgment entered on May 20, 2008, is suspended until further order of the Court.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.