**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s)  *DAvid E. Smith*
              *PLAiNtiff*

**FILED**

JUN 1 7 2008
6-17-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Complaint No. 08L-001657

Case Number: *1-08-CV-02413*

v.

*HoNorABLE;*

Defendant(s)

*PublisheRs CleariNg*house inc.*)
              *DefeNdaNt() )*

Judge: *Robert M. Dow*

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _____*DAvid E Smith*_____, declare that I am the (check appropriate box)

   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

   *I Was Represented by appointed counsel Judge Robert Gettleman atty Catherine Bremer*

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _____*David E Smith*_____
   Movant's Signature

   _____*6/14/08*_____
   Date

   _____*6546 So, Stewart ave*_____
   Street Address

   _____*Chgo, Ill 60621-3120*_____
   City, State, ZIP