IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DAVID E. SMITH,** )<br> )<br> **Plaintiff,** )<br> )<br>vs. )<br> )<br> **PUBLISHERS CLEARING HOUSE LLC,** )<br> )<br> )<br> )<br> **Defendant.** ) | <br><br><br><br><br>**No. 08 C 2413**<br><br>**Judge Dow**<br>**Mag. Judge Cox** |

### NOTICE OF FILING

To:   David E. Smith
      6546 S. Stewart Ave.
      Chicago, IL 60621

PLEASE TAKE NOTICE that on July 25, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT, a copy of which is attached.

Dated: July 25, 2008                           Respectfully submitted,

                                               BRYAN CAVE LLP

                               By:    _/s/___M. Angela Buenaventura_____
                                      Steven R. Smith
                                      M. Angela Buenaventura
                                      161 North Clark Street, Suite 4300
                                      Chicago, IL 60601
                                      Telephone:  (312) 602-5000
                                      Facsimile:  (312) 602-5050

                                      *Attorneys for Publishers Clearing House LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF FILING was served via Fed Ex Overnight, postage prepaid, this 25th day of July, 2008, to the following:

David E. Smith
6546 S. Stewart Ave.
Chicago, IL 60621


    _/s/___M. Angela Buenaventura_____
           M. Angela Buenaventura