

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID E,SMITH )
)
PLAINTIFF )
)
V )  CASE No.08 C 2413
)
PUBLISHERS CLEARING HOUSE )  HONORABLE JUDGE ROBERT M,DOW
DEFENDANT (s) )

FILED
JUL 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF FILING MOTION OF DISCOVERY AND JUDGMENT
FOR PRO se PLAINTIFF DAVID E,SMITH
SUMMARY OF JUDGMENT
SUMMARY OF AWARDS MONIES OWED D.SMITH BY PCH

FIRST Amended
DISCOVERY AND SUMMARY

PLAINTIFF DAVID E,SMITH HAVE LOTS OF DEBTS, I OWE HOME DEPOT,LOWE,s ON 83rd.CARSON,J.C.

PENNY STORES,NEESON AUTO,OUR HOME NEEDS REPEARS FROM BOTTOM TO TOP:I TRYED TO HIRE A ATTY

7/17/08 to no avail ATTY AT LAW 312-629-1212,637-0505,360-0477,2 - others lawyers ALL NO-

CHARGE UNLESS YOU WIN.SO ATTORNEYS DON'T WAND LAW SUITS LIKE MINE,I HOPE AND PRAY THAT THE

COURT WILL ALLOW ME TO PLEED MY OWN CAUSE.NO LAWYER UNDERSTAND MY SITUATION AS I DO.
     individuals below began mailing to Smith around first of 97

1997 TO 10/10/07                          DOROTHY ADDEO  BOARD MEMBER P.C.H.
DANIEL DOYLE    BOARD MEMBER              CONTEST DIRECTOR FOR P.C.H.
TREASURER OF PCH

ALL LTTERS TO PLAINTIFF TO DAVID E,SMITH AT 6546 S,South Stewart Ave.Chicago,Illinois FROM

P.C.H. 101 Winner Circle Port Washington New,York 11050.ALL LETTERS CONTAIN SWEEPSTEAKES

AND OFFERS FOR UNBEATABLE PRICES FOR MAGIZENS,MERCHANDISE: WHEN I PURCHASE ITEMS FROM PCH

ALTHOUGH THEY RESIDES NEAR THE ATLANTIC OCEAN I HAVE REISDANCE NEAR LAKE MICKIGAN IN

CHICAGO,ILLINOIS ON PROBLEMS NOW PCH HAS SAID TO ME THAT IF I WIN UNDER $10,000 THEY

SEND BY MAIL AND OVER $10,000 PARTROL WOULD DELIVER TO OUR HOUSE OR WIRE TO MY ACCOUNT:

DAVID E,SMITH
   7-17-08                                next-page

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID E,SMITH                          )
                                       )
          PLAINTIFF                    )
                                       )
  V                                    )
                                       )
PUBLISHERS CLEARING HOUSE              )
                                       )   CASE No, 08 C 2413
          DEFENDANT (s)                )
                                       )   HONORABLE JUDGE ROBERT M,DOW
                                       )

FIRST AMENDED
DISCOVERY AND SUMMARY

PLAINTIFF PRO se DAVID E,SMITH CONTINUE FROM PAGE ONE: PLAINTIFF DAVID E,SMITH WILL STATE UNDESPUTED FACTS OF MY CASE  ALL PCH SWEEPSTEAHES HAVE GIVEAWAY NUMBERS,AMOUNTS , AND DATES. P.C.H. HAVE OFFICIAL RULES ,HOWEVER THEY DON'T  ALWAYS COMPLY WITH THEIR OFFICIAL RULES . IN CALENDER ORDER I WILL LIST  DATE / OR MONTH, / OR IN CHRONOLOGICAL ORDER I WILL ARRANGE EVENTS BY THE YEAR, IN JULY OF 1997 MY OWN INSTINCT REVEAL TO ME HOW TO WIN SWEEPSTEAKS PUBLISHERS CLEARING HOUSE's COMPUTER AUDIT FORM FOR MY JULY 97 ENTRY CAME BACK WINNER FOR GIVEAWAY No.525 FOR $3-5 MILLION DOLLARS,AND ALL OF THIS MONEY WERE TO BE PAID CASH ONE LUMP SUM $3,500.000.00 cold cash at once THEY WERE MAD AT ME UNTIL THEY WOULD'T TELL ME THAT I HAD WON UNTIL OVER A YEAR LATER PLAINTIFF WON GIVEAWAY No.265 $1-mollion dollars 7/1/9 and WON GIVEWAY No.375 FOR A NICE SUM $10-MILLION DOLLARS NOVEMBER 21,1997,plaintiff was HOT ANGRY AS # 2 TUKEYS ON FRYING PAN AT PCH BECAUSE I HAD WON DEC.25th , 1998  and they WERE UP SET AT ME BECOUSE I HAS WON MORE MONEY THAN ANY PERSON IN THE SAME PEROID OF TIME . AUGUST 20,1998 plaintiff was selected winner OF GIVEAWAY No.450 and  on / or  about September 2nd COMPUTER AUDIT RETURN A SWEET $5-MILLION DOLLARS FOR DAVID E,SMITH GIVEAWAY No.525 I was DOUABLE SAD ( 9/16/08 ) SMITH REC,A PAPER FROM PCH SAYING MY $10-MILLION 1/1/08 was aWarded TO  MR K.J.MACALISTER FROM EDMONTON AB .

DAVID E,SMITH
 7-17-08                              next-page

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID E SMITH )
 )
      PLAINTIFF )
 )
V )
 )    CASE No.08 C 2413
PUBLISHERS CLEARING HOUSE )
 )    HONORABLE JUDGE ROBERT M,DOW
      DEFENDANT (s)

First Amended
DISCOVERY AND SUMMARY

PLAINTIFF COME NOW NEGATIATING FRAUD FILID JULY 14,1997 LISA,MADIGAN ILLINOIS ATTORNEY
(Case No.2007 CONSC-00198708)
GENERAL Consumer Fraud Bureau Case No.2008L001657;THE CIRCUIT COURT OF COOK COUNTY
ILLINOIS FEB 13,2008.PLEASE FIND COPY OF MY DRAFT DATED 08/24/02,WINNERS LIST SENT TO
SMITH AROUND 8-22-02,$10-million said paid to K.J.Macalister Edmonton . AB January 98
giveway No.375 ,giveaway No.450 given to Father Mike Berner Earling IA August 98 $1-Mil.
giveway No.265 $1-Mil.gave to Raulton B.Thomas Luiz FL.( SEE HI- LIGHTS ): ALL MONIES
LISTED ON PAGE 1,2,and 3 according to PCH's Official Rules should be payed to D.SMITH;
I REQUEST THS UNITED STATES DISTRICT COURT DENIE DEFENDANT (s) DISCOVERY AND SUMMARY.
AND GRANT PLAINTIFF's WINNINGS AND ORDER PCH TO ALL COSTS AND FEES FOR ATTORNEY.
( Pay )

PROOF OF MAILINHS TO U.S.DIST COURT
FILED WITH CLERK OF U.S.DIST COURT
219 South Dearborn Street
20th floor.

BY DAVIDE SMITH
07-21-08

PROOF OF MAILING BY U.S.MAIL TO
Bryan CaveLLP
Steven R,Smith
M Angela Buenaventurn
161 NorthClarkStreetSuite 4300
Chicago,Illinois 60601

→ WHO EVER SAID I SIGN OF ALL MONEY LISTED ABOVE FOR $411.72 is lying,marked by injustice
→ and partiality,deception,unjust,dishonest;WHY DID THEY SEND LETTER DATED 05/31/2000
→ barring number(NOT MINE) WHY THERE NO SIGNATURE ON THIS LETTER:DON't answer questions.
→ defendant (s) is not EQUITABLE IN BUSINESS DEALINGS.I REQUEST A CASE No. FROM COURT.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DAVID E, SMITH             )
                           )
       PLAINTIFF           )
                           )
V                          )
                           )
PUBLISHERS CLEARING HOUSE  )      CASE No._____
                           )
       DEFENDANT(s)        )      HONORABLE ROBERT M, DOW_____


STATEMENT OF JUDGMENT FOR PLAINTIFF

PCH'sSWEEPSTEAKES FOR $1-MILLION DOLLARS ISSUE TO D.SMITH IN 1997,1998 BY DOROTHY,ADDEO

    1. GIVEAWAY No.265 $1- MILLION DOLLARS ABOUT June 1997.

    1-MILLION DOLLARS GIVEAWAY No.450 8-20-98

SUMMARY OF JUDGMENT FOR PLAINTIFF

HAS MONEY BEEN PAID TO DAVID E,SMITH,FOR GIVEAWAY No.265_____ ( yes )_____ ( no )X
DID PCH HAND OVER AWARD MONEY FOR GIVEAWAY No.450 TO SMITH (yes )_____( no )X

BULLETINS FOR $3-5 MILLION DOLLARS DELIVED BY U.S.MAIL TO PLAINTIFF FROM 101 Winner Circle
PORT WASHINGTON NEW,YORK 11050 1997 and 1998 .

    1. GIVEAWAY No.525 $3-5 MILLION DOLLIONS JULY 1997

DID PCH DELIVER ALL $3-5MILLION DOLLARS LUM SUM AT ONCE TO SMITH    (yes)    (no)X

SUMMARY OF DOCUMENTS

PUBLISHERS CLEARING HOUSE SENT DISTRIBUTE PROMOTION TO DAVID E,SMITH FOR $5-MILLION
DOLLARSPEORID OF TIME 1997 & 1998 to 6546 S,Stewart Ave Chicago,Illinois   (yes)X   (no)
PCH PRIZE PATROL  TV/press flowers , balloo huge prize red wine   (yes)     (no)X

SUMMARY OF JUDGMENT

PUBLISHERS CLEARING HSE.GUARANTEED CASH WINNER CLARK,VOLLAN EXEC.VICE PRESIDENT FOR

FARMERS STATE BANK PASS NEWS DAVID E,SMITH SELECTED FOR PCH GIVEAWAYS No.525 & No.599.
$5,376.600.00; they withdraw prize monies and transfer cash prize to SMITH   (yes)  (no)

NOV.21,1997 STATE CERTIFICATION OF WINNERS FORM D.SMITH LISTED AS WINNER LOVELY $10-MIL
LION DOLLARS GIVEAWAY No. 375.
                   DID THEY ARRANGE FOR PAYMENT TO D.SMITH (yes)X    (no)
                   DAVID E SMITH "S START COMING YET        (yes)   (no)X
I WOULD LIKE TO PAY ALL MY DEBTS,COST LAWYER FEE,BUY HOME FOR MY FAMILY .I REQUEST COURT
TO ORDER PCH TO PAY OR SEND PAYMENTS.

05/31/2000

David E. Smith

6546 S. Stewart Ave.

Chicago, IL 60621

Your Control Number(s):     87 8906 8330

(Please use your Control Number(s) on all correspondence)

**Class Action Settlement Information**

We have received your letter requesting information regarding the status of the class action settlement in Vollmer et al. v. Publishers Clearing House et al.   Class Counsel has authorized us to send this letter to you in response.

On February 18, 2000, the District Court approved the settlement. The dates for claims to be made, to object to the settlement, or to opt out of the class action have passed (except in a small number of circumstances if you received a letter asking for additional information).

Although the District Court has approved the settlement, there is an appeal pending that may delay the payment of claims that were accepted.  (If you made a claim and do not receive a letter asking for further information, you can assume your claim was accepted in the amount you requested).

There is no way to tell at this time how long the appeal may take, but you can periodically check the Consumer Affairs page on PCH's website (www.pch.com/help/consumaffairs/classaction.asp) for further status reports regarding the date of payment.

If you have any additional questions, please contact Class Counsel in writing at:

Class Counsel
Specific PCH Questions
#10 Executive Woods Court
Belleville, IL 62226

Sincerely,

Publishers Clearing House Rescission Processing Center

The Circuit Court of Cook Country Illinois
County Law Divosion

David Smith · Plaintiff

V

Publishers Clearing House Inc.
Defendants

Notice of Filing

To the Clerk of the Circuit Court of Cook Country

I david Smith SR come though counsel, Pray for the authority and powers of this court for Justice against Unfair and discriminitory practice of Publishers Clearing House by /or through it's Agents, Supervisors, officials, managers, Directors, Boss, President, Secretaries, Treasurers, Bank Executive Vice President, Board of Judges Commencing around 1997 and continuing to day 2002 Unfair sweepstakes Business in awards of Prize monies, and apprent Discrimination and Retaliation against David Smith By PCH and it's above listed personnal

Certification of Services

David Smith Certifies that copies were served on PCH, PCH Counsels, Mark Vohan Executive Vice President Farmers State Bank, Daniel P. Doyle Treasurer PCH, Dorothy Addeo Contest Administrator and member of Board of Judges. About. I received two copies of PCH's millionaires and multimillionaires cumulative list of winners from 1986 — 1998

/1

(2)

According to this Report 10-million Dollar awards are given out about once a year by PCH, 1-Million Dollars Prizes are Distributed twice or in some cases three times in one year. PCH's awards can be spreaded out over a (10-yr) peorid. The sweepstakes Game keep you moving; Just before one bulletin ends; another has already begun.

*ire* — *mail*

Around June 1997 I Received a promotion in U.S. mail from PCH Dorothy Addeo Contest Administrator Giveaway No. 265, Amount 1-million Dollars. Head liner appear that David E Smith would be the Winner, However winner official List show Raulton B. Thomas, Lutz, Florida was (Winner) Giveaway No. 265 1-million Dollars, July 1997. I don't know why she Won, maybe on list longer, Female, I'm Male, White, I'm black, she match winner numbers with official number in Volt, all I know Ms Thomas Won; I LOST.

Nov. 97 also I sign on Return 5-vouchers 1,000 each. & Dec. 97.

I Received PCH affidavit of Eligibility to win 10-million Dollars and official Roules from PCH's president's office, prize awared by winning number, The Giveaway No. 375 according third paragarph from Top right side official Roules the Intrant named on winning entry form, will be, Considered, Winner; therefore I should be 10-million Dollar Richer. However last minute turn around the prize was given to K.J. Macalister Edmonton, AB 10-million Dollars.

(2)

NEXT PAGE

11/20/98
Nov 30, 98 → FOR

On or about Dec 15, 1998 I Rec, Doucments from Dorothy Addie The 1 and only PCH Contest Administator, Computer Audit Form C4358Wa Sept For 98 Entry, my Review's was signed, and Return also Received by PCH with order before 8-20-98, my performance Rating were upgraded to History Rating in Category #4 "Exceptional" this outstanding Record surfaced as Preparation to select New 5-million Dollars winner, and by the authority of the Contest Administration Department David Smith was made 5-million Dollar winner then and there Sept 98; set For Dec 18, 98 Ending Date 7-31-99 awarded at officials option with-in Ten Years.

#599 also in same month Sept 98 Entry was a voucher #5370 $100,000.00 one hundred thousand Dollars, & sign legal papers and Return to PCH office on time for #5370, also sign and Return Legal Doucments for 5-million and For 10-million #375 sign and Return legal vouchers, and Return on time to PCH's office. No Payment Yet From any Entries #265, #450, #375 or #525, #599 I Pray that this Court use it's authority and order PCH to pay the sum of $5,376,600.00 For #525 and #599, also as the Court can see PCH apparently Started useing my name back in 1997 on some order Stamps. & ask help of this Court in this Matter.

Sincerely,
David Smith
08-24-02