FILED
MAY 20 2009 EA
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Eastern Division

David E. Smith
v.
Publishers Clearing House LLC

Case. Number - 08-C-2413
Honorable Judge, Dow, JR.

**Motion for Recovery, Judgment**

Some of us believe in the Trinty of ' God ' God The Father and the Son and the Holy Spirit. And some folks think three is a good number. Plaintiff David E. Smith has 3
Rights to Sue and 3 Causes of Action against Publishers Clearing House and three contracts sign by Plaintiff and return to PCH. Smith signed and return papers to office of PCH
two or three different times for each Exhibit it's possible more papers will be sign before the comlpaint is all over and the dust settle, when the battle is all over we will shout for joy.

When I look at Exhibit ( 1 )  $3-5 million dollars I think of the many needs I have for money.
Smith fort hard foir no( 2 )  $5,376.600.00 I have seen in the papers & TV people win big.
Wife and I can dance ( 3 )  $13,5- million dollars or more can have a good time with family, love ones.

The most important thing to know about a lawsuit is whether the person bringing it has the right to do so.the right to sue is call a cause of action.if party doesn't have at least one
legitimate cause of action i.e. at least one legal right to file his lawsuit.The plaintiff wins.Causes of action arise from breaches of duty.for example a contract creates a duty.if the other
side breaches the contract.the cause of action is for breach of conteact.Everyone has a duty to be careful around others ,breach of the duty to be careful is called legligence.

(of)
Exhibit number four is in support three listed above. For the three exhibits here-in
listed I received three Bullentins and with each Bulletin carry many papers all in the
same envelop,from Publishers Clearing House's Address 101 Winners Circle.Port Washington
New York,11050. To , David E,Smith 6546 South Stewart Avenue Chicago,Illinois 60621  .

The Bllletins contain much information about the contract and papers for me to sign
and return to P.C.H. and orders was for me fill out papers,answer questions,not make.
on copies,and time limit set when thease documents had to be back in their office.The
contract said what the Odds of winning  were.

The only way I knew that I had been Selected from many entries I return to
Publishers Clearing House LLC
101 Winners Circle Port Washington
New,York
11050
Over a year and after I for-got I sent the Three Exhibits above . I notises in the mail.
and I sign papers,Having my name &  address,and I began to see as  Exhibit ( 4 ) my
name on each stamp.contract give PCH  the right to use my name in their business.but I
am yet waiting for breached contract pay.


David E,Smith
5/15/09

UNITED STATES DISTRICT COURT
Northern District of Ill.
Eastern Division

David E, Smith

v.

Publishers Clearing House, LLC

JUDGMENT IN A CIVIL CASE

Case Number 08 C 2413

11  Jury Verdick. This action came before the Court for a trial by Jury. The issues have been tried and the jury rendered it's verdict.

11  Decision by Court. This action came to trial or hearing before the Court grants Defendant Publishers Clearing House, LLC's motion for summary judgment. but before that grant, The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants Defendant Publishers Clearing House LLC's motion for summary judgment (6) Plaintiff's motion (23) is denied as moot, and the Court enters judgment in favor of Defendant PCH and against David E, Smith on all claims.

$ 101.91  Purposes of Mootness Doctrine

The Supreme Court has long held that "federal courts are without power to decide question that can't affect the rights of litigants in the case before them. if a case is found to be moot. it is assumed that the rights of the litigants can no longer be affected by a judicial decision.

To a extent, the theoretical foundation of the concept of mootness stems from constitutional precepts .

UNITED STATES V. Chevron USA ., Inc., 186 F3d 644.646 (5th Cir.1999 (production of documents in response to subpoenas and civil investigation demands did not moot appeal from order compelling complliance , given continuing disputes regarding governing protective order and differences between sets of documents and protections offered by subpoens and civil investigation demands).

(1)

Randolph v.Rodgers . 170 F.3d 850,856-857 (8th Cir.1999)(hearing-impaired inmate
,s suit for injunctive releif based on failure to provide sign language interpreter
was not mooted by inmate's transfer because suitasserted claims directly against
state department of correction which controlled both prisons and requisite funding).

3.1  Case not moot if plaintiff retains some personal stake.

    Plaintiff retains Causes of Action for breach of contracts.The most inportant
thing to know about a lawsuit is whether the person bringing it has has a
right to do so.The right to sue is called a cause of action.If a (party'
doesn't have at least one breach of duty / legal right to file his lawsuit
Plaintiff win / or defendant win.

    David  E.Smothholds over three signed agreements breached contracts by The
Publishers Clearing House LLC ,. this is legitimate cause of action .i.e.
$ 101.92 Issue Can Be Raised at Ant Time.

    Any party may raise the issue of mootness at any time .! Further it is
the court's duty to raise and decide the issue on it's own motion if facts
come to it's attention suggesting mootness , even if both parties are silent
on the subject 2.
The Plaintiff believe that defendants have no cause of action against him.
they are only trying to use what ever laws that they cac get away with to block
Smith from receiveing his rightfull pay.
defendants said ,D.Smith didn't say this ,Smith didn't say that he was signing
with Vollmer case for 411.72,this is lie.if they can't prove what they said
to be true ,Plaintiff win,they have the burden.
Exhibit (A) is what Smith file for.,in Southern Illinois amount $5,376.600.00.

    Also the court can see the copy of front of the envelop with  $10-Million
Dollar Agreement by Smith about 2/19/07 and sign by Daniel,Dauel treasurer
of Publishers Clearers House LLC.And copy of $3-5 Million Dollars Won by Smith.

    (the agreement were signed by  Daneel and Smith and others ) Feb.-19-2007 and
both cases now hung in moot.


Submitted By David E,Smith
May 4,2009

WHEREFORE, for all of the foregoing reasons, Publisher Clearing House LLC, respectfully request that this Honorable Court:

A.. Grant the plaintiff Motion and award judgement as a matter of law and all lawsuits that was files between 1997 to 2001 that P.H. award plaintiff the winners should collect his winning in the amount of

$ 13,565,000 for P.H. did mislead and Fraud the plaintiff ( David Smith) was denied him of his right to all his prizes winner that was sent to him from Publisher Clearing House 1997 Thu 2000.

David Smith giveaway number our # 375 ,525, 450 which P.H. declaration him David Smith the winner for those sweepstakes

B. Plaintiff is ask the court to award DAVID E. SMITH .to paid all fee court cost, and an expense include legal fee plus all interest that plaintiff would have earned from his winners that plaintiff would have earned from the period of 1997 to 2008. An that the court rule to expedite the plaintiff judgement Ten Years is long enough to wait for your winner prizes .

Dated: May 28, 2008      Respectfully Submitted,


                         David E Smith


                         By: _____

\(1)

## PUBLISHERS CLEARING HOUSE | COMPUTER AUDIT FORM

C4318Wa

| Giveaway No.: | Prize to be awarded: |
|---|---|
| 525 | $3,500,000.00 CASH AT ONCE |

**Contender Status:**
1ST PLACE CONTENDER RIGHTS EXTENDED

| Prize No.: | Verified By: |
|---|---|
| 79 3026-2140 | D.a. |

**Award Date:**
OCTOBER 15, 1998

**Award Time:**
7:00 PM

**ALERT! PRIZE CLEARANCE VERIFIED.**

FOR JULY '97 ENTRY

**Contender's Name & Address:**

***** 5-DIGIT 60621
393     19
DAVID E SMITH
6546 S STEWART AV
CHICAGO IL 60621-3140

FOR INFORMATION SERVICES USE ONLY

Do not write in this space

REPORT COPY – KEEP FOR YOUR RECORDS.

FILED
08 FEB -3 PM 4:35
DOROTHY BROWN
CLERK OF CIRCUIT COURT
LAW DIVISION



**Farmers State Bank**   **GUARANTEED CASH WINNER**   ( Exhibit ( A ) )

| Transferring Account: | Accounts Generating Funds: |
|---|---|
| Publishers Clearing House | PCH Giveaways No. 525 & No. 599 |

**Amount of Funds Being Transferred:**

$5,376,600.00
(See information below)

**Name & Address of Individual Eligible to Receive Funds:**

```
                    **** SCRLOT ** C045
                     546                4
            DAVID E SMITH
            6546 S STEWART AV
            CHICAGO IL  60621-3140
```

**Contest Status:**

Guaranteed Cash Winner

**Special Notes and Information:**

As an official financial agent for Publishers Clearing House, Farmers State Bank has been informed that you, David E. Smith, have been selected for a guaranteed Sweepstakes cash prize.

Accordingly, this bank has begun the process of preparing to withdraw prize monies from the Publishers Clearing House account so we can transfer a cash prize to you.

PLEASE NOTE: To claim your cash award, you must complete and return the Contest Documents that will arrive under separate cover. This Bulletin will be delivered to 6546 S Stewart Av within the week. I urge you to respond to it immediately.

Failure to act on these documents will cancel this planned cash transfer. Obviously, it would be well within your interest to be aware that your Contest Documents are coming soon. Thank you for your attention, and good luck.

Clark Vollan
Executive Vice President
Farmers State Bank

FILED 08 FEB -3 PM 4:34 CLERK OF CIRCUIT COURT LAW DIVISION

(3)

**PUBLISHERS CLEARING HOUSE**
101 WINNERS CIRCLE
PORT WASHINGTON, NEW YORK 11050

PAYMENTS AND DISBURSEMENTS

**OFFICIAL NOTIFICATION**

7122B116  015  A  5

\*\*\*\*\*\*\*\* 3-DIGIT 606
141    46

DAVID E SMITH
6546 S STEWART AV
CHICAGO IL 60621-3140

David E. Smith,

Please see that I receive your response by November 12. I have been instructed to issue the winner a $5,000.00 check over and over for life.

© 1998 Publishers Clearing House

344-8624

(4)

V

PUBLISHERS CLEARING HOUSE 101 Winners Circle Port Washington
New York 11050

Ms. Anjie, McGuire
Prize Director PCH

Ms. Anjie please find two of many printed, written publication made by Publishers Clearing House 101 Winners Circle Port Washington New York 11050 and many other addresses the corporation had / have which is direct proof that David E Smith is the winner the $10,million Dollar Prize in question in my letter to your office a copy enclosed I received indirect Response to that letter.



PCH Stamp with David E Smith on it
Smith on face of stamp



PCH Stamp with David E

I feel PCH made a in-office mistake by not awarding Smith his prize same as others were given their prize monies, However
To correct that problem send David E Smith a check for $10-million dollars rightfully owed to him.

Respectfully Submitted
By
David E Smith
8/15/05

* PERSONAL CONFIDENTIAL BETWEEN US *

AMAZING ' ' '

THERE IS SO MUCH TO GO OVER THAT I SADLY MUST SKIP SOCIALIZING WITH YOU AND JUMP INTO SOME VERY IMPORTANT MATTERS AT HAND FIRST THIS LETTER WILL TAKE UP, WHEAR THE TOP LETTER LEFT OFF; THE UNIQUE MAGAZINE IN CENTER OF PAGE WITH THE NAME DAVID E, SMITH PRINTED ON THE FACE OF THE STAMP , CAN MAKE A FORTUNE AND GREAT SUCCESS FOR PUBLISHERS CLEARING HOUSE: THE PLAYBOY MAGAZINE UPPER RIGHT SIDE OF LETTER , PLAYBOY IS NEAR THE TOP OF THE WORLD's quality selling magazine in one period with the name david e, smith printed at the face of the stamp SOLD OVER OVER 200,000 SUBSCRIPTIONS , ABOUT $50 TITLES FOR PEOPLE TO CHOOSE FROM FREE ORDERING FOR OVER $,200,000 PLAYBOY MAGAZINES ACCORSS THIS COUNTRY HIGH QUALITY PRODUCT WITH THE NAME DAVID E, SMITH BROUGHT IN OVER $:167--MILLION DOLLARS IN GIVEAWAY MONEY IN GIVEAWAY MONEY TO PUBLISHING CLEARING HOUSE: ALL THE ABOVE AND MUCH MORE PROVES THAT DAVID E, SMITH DID WIN GIVEAWAY NO:375 10-million dollars; and administrative snafu pass over smith for the 10-million dollars; now as a remedy for adminstrative snafu take un-used funds from the register and send David E, Smith his Award.

Submitted By David E, Smith
9/4/06

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | CCG N001-75M-2/28/05 (43480658) |
| SUMMONS | ALIAS - SUMMONS | |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ DIVISION

(Name all parties)

David E Smith, PLAINTIFF

v.

Publishers Clearing House, DEFENDANT(S)

2008L001657
CALENDAR/ROOM V
TIME 00:00
Fraud

No. 08C-2913 Judge Dow.

106 Winners Circle
Port Washington New York
11050

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows       ☐ District 4 - Maywood
   5600 Old Orchard Rd.          2121 Euclid                          1500 Maybrook Ave.
   Skokie, IL 60077              Rolling Meadows, IL 60008            Maywood, IL 60153

☐ District 5 - Bridgeview      ☒ District 6 - Markham               ☐ Child Support
   10220 S. 76th Ave.            16501 S. Kedzie Pkwy.                28 North Clark St., Room 200
   Bridgeview, IL 60455          Markham, IL 60426                    Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date. FEB 13 2008

Atty. No.: _____
Name: David E Smith Personally
Atty. for: Acting on My Behalf
Address: 6546 So. Stewart Ave
City/State/Zip: Chgo, Ill, 60621
Telephone: 773-488-3827

WITNESS, _____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL
ORIGINAL - COURT FILE

EXHIBIT
1

IN THE COURT DEFENDANT (s)
PLAINTIFF's STATEMENT OF COMPLAINT FRAUD
Fraud

2008L001657
CALENDAR/ROOM V
00:00

Defendant (s) Ignored chance to settle
fraudulently acts of propaganda loop holes
that continues to hinder payment of
monies won by plaintiff,

Plaintiff file Case No.2007 CONSC-00198708 no avail.

Judge - Dour, JR.
OSC - 2413

As defendant (s) reject our godly conduct to solve matters-
it's necessary to help our cause by appealing to governments
and ,Plaintiff request & pray that THE CIRCUIT COURT COOK
COUNTY ILLINOIS Take jusisdiction over Case No. 07...

Now comes Plaintiff pearsonally negatiating my claim, from 1997 until 2008 defendant (s) have sent out many prize checks all over this country for millions of dollars; However plaintiff for the same time peoriod hasn't received one award check from defendant (s) allthough plaintiff is winner of five month or date for the five July 1997, November 21,1997 (awards) Sepember 1998, about October 14,1998, November 16,1998 1.$3-5 million dollars, 2.$10-million dollars 3. $5-million dollars , 4.$5,376.600.00 , 5.$13,614.543.00.,I am holding two winning numbers that match defendant '(s) winning numbers,i am not sure about the other three winning numbers, numbers that I have is for $3-5million dollars , $10,-million dollars all letters including one dated January 16,2008 letters are falsefied with words like should you be the winner) documents may fraud organization propaganda as provided your entr (be ) reach our office on time.,However no letter or document from 1997 until today 2-7-08 denied the fact that Plaintiff did win April 13,1998 giveaway No.525 for $3-5 million dollars and on or about November 21,1997 Plaintiff was reality winner of giveaway No.375 for $10,-million dollars cash.

Plaintiff Hereby request the court to Defentant (s) to send certified to my home at
(order)
6546 South Stewart Avenue Chicago,Illinois 60621-3140 or as the court seefit ,pay court cost attorney fee if any.

Respectively submitted
By
DAVID E SMITH 773-488-3829
David E Smith

Subscribed and sworn to before me
this 13th day of Feb 2008
at Chicago, County of Cook, State of Illinois.

"OFFICIAL SEAL"
Yolanda Booker
Notary Public, State of Illinois
Commission Expires 3/28/2011